UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


KEITH RUSSELL JUDD,          )
                                          )
          Plaintiff          )
                                          )
v.                                )   1:11-CV-00212-DBH
                                          )
SECRETARY OF STATE OF MAINE,  )
et al.,                            )
                                          )
          Defendants     )

**RECOMMENDED DECISION**

Keith Russell Judd filed this action accompanied by a motion to proceed <u>in forma</u>

<u>pauperis</u> but did not include a ledger showing the activity in his prisoner account with the

Texarkana Federal Correctional Institution in Texarkana, Texas. <u>See</u> 28 U.S.C. § 1915(a)(2) ("A

prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in

addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u>

(or institutional equivalent) for the prisoner for the 6-month period immediately preceding the

filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or

was confined") (emphasis added).  I directed the Clerk to send Judd a form application to

proceed <u>in forma pauperis</u> and ordered Judd to file an amended application to proceed without

prepayment of the fee or to pay the filing fee by June 14, 2011.  I cautioned Judd that if he did

not comply with this order I would issue a recommendation that this matter be dismissed for lack

of prosecution.  As of this date Judd has not complied with this order.  I now recommend that the

court dismiss this action for lack of prosecution.

Given Judd's nation-wide reputation as an abusive litigant, I add that if Judd had

submitted his completed <u>in forma pauperis</u> application Judd would have run headlong into the

growing consensus that he is a vexatious litigant that should be barred from pursing federal civil

actions such as this unless he can make a credible showing of imminent physical danger.  See,

e.g., Judd v. United States Atty. Gen., No. 2:10–CV–00382–JAW, 2011 WL 1374034, 3 (D.Me.

Apr. 12, 2011).


NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof.  A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

June 17, 2011