**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-cv-212-DBH |
| | ) | |
| SECRETARY OF STATE OF | ) | |
| MAINE, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE AND ORDER ON MOTION FOR TOTAL WAIVER OF FILING FEES**

On June 17, 2011, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The plaintiff filed an objection to the Recommended Decision on June 30, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. This action is **DISMISSED** for lack of prosecution.

The plaintiff's motion for total waiver of filing fees is **DENIED**.

**SO ORDERED.**

**DATED THIS 30TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**