UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KEITH RUSSELL JUDD, ) <br> ) <br>        PLAINTIFF   ) <br> ) <br> v.   ) <br> ) <br> SECRETARY OF STATE OF ) <br> MAINE, ET AL.,   ) <br> ) <br>        DEFENDANTS   ) | CIVIL NO. 1:11-cv-212-DBH |

**ORDER ON MOTION FOR RELIEF FROM JUDGMENT**

On June 30, 2011, I adopted the Recommended Decision of the Magistrate Judge and Ordered this lawsuit dismissed for lack of prosecution. Judgment entered against the plaintiff on July 1, 2011. On July 12, 2011, I denied his motion to reopen the case and his motion to stay. The plaintiff appealed and on January 10, 2012, the Court of Appeals for the First Circuit dismissed his appeal as untimely.

Now on August 2, 2012, he has filed a "Motion for Relief from Judgment or Order Under Twenty Fourth Amendment; and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in All Federal Elections and Caucuses and Democratic National Convention; and for Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate." (ECF No. 23).

The motion is **DENIED**. Final judgment has already been entered in the case and his appeal was dismissed. The Twenty-fourth Amendment provides no basis for opening a case that has already been closed.

**SO ORDERED.**

**DATED THIS 3RD DAY OF AUGUST, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**